IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL TOIKACH, *individually and on*    §
*behalf of all others similarly situated,*    §
        §
      Plaintiffs,        §
        §
v.                §       1:25-CV-477-RP
        §
ORACLE CORPORATION,    §
        §
      Defendant.      §

## ORDER

On April 2, 2025, Plaintiff voluntarily dismissed all claims in this case without prejudice. (Dkt. 4). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 9, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE